

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00447-CR

Raul Daniel **NORRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9017
Honorable Raymond Angelini, Judge Presiding

## O R D E R

The reporter's record in this matter was originally due October 10, 2018. After appellant provided proof of payment and payments arrangements for the reporter's record, we rendered an order requiring the portion of the reporter's record prepared by reporter Minnie Cadena to be filed on or before November 26, 2018. On November 13, 2018, Ms. Cadena filed a notification of late record asking for an extension of time. After review, we **GRANT** the requested extension and **ORDER** Ms. Cadena to file her portion of the reporter's record in this court **on or before December 10, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter Minnie Cadena.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court